# Third District Court of Appeal

## State of Florida

Opinion filed September 25, 2024.

_____

No. 3D23-2190
Lower Tribunal No. F12-19634
_____

**Alphonso Lucas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Law Office of Peter Lombardo, and Peter Lombardo (Bradenton), for appellant.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, MILLER and GORDO, JJ.

ON CONFESSION OF ERROR

PER CURIAM.

Alphonso Lucas appeals the trial court's summary denial of his September 19, 2023 postconviction motion that sought relief pursuant to Florida Rule of Criminal Procedure 3.850. As the State properly and commendably concedes, we must reverse the trial court's order that summarily denied Lucas's motion as successive because the trial court failed to attach to the order a copy of that portion of the files and records necessary to support the trial court's ruling, as required by Florida Rule of Criminal Procedure 3.850(h)(2). See Love v. State, 264 So. 3d 1182, 1183 (Fla. 2d DCA 2019). Accordingly, we reverse the challenged order and remand for the postconviction court either to attach documents demonstrating the successiveness of Lucas's claim or to consider Lucas's motion on its merits. Id.

Reversed and remanded.